UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION

ERIBERT JEANIS, And all similarly
situated individuals,

            Plaintiffs,

vs.                                   Case No. 2:11-cv-165-FtM-29SPC

WASTE PRO USA, INC., a Florida
Profit Corporation,

            Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #39), filed January 14, 2013, recommending that the parties' Joint Motion to Approve Settlement and Stipulate to Dismissal (Doc. #38) be granted, the Settlement Agreement and Release of Claims (Doc. #38, p. 10) be approved, and the case dismissed. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #39) is hereby **adopted** and the findings incorporated herein.

2. The parties' Joint Motion to Approve Settlement and Stipulate to Dismissal (Doc. #38) is **granted** and the settlement is **approved** as fair and reasonable.

3. The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __4th__ day of February, 2013.

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge
Counsel of Record

JOHN E. STEELE
United States District Judge